USCGC WINSLOW GRIESSER (WPC 1116)

```
R 261138Z DECEMBER 21

FM USCGC WINSLOW GRIESSER
TO COMCOGARD SECTOR SAN JUAN PR
INFO COMDT COGARD WASHINGTON DC//CG-MLE/CG-311//
CCGDSEVEN MIAMI FL//DRI/DR/DRE//
DIRJIATF SOUTH//J2/J3//
HQ DEA ONSI WASHINGTON DC
HQ ICE INTEL WASHINGTON DC
COGARD INTELCOORDCEN WASHINGTON DC
COMCOGARD MLE ACADEMY CHARLESTON SC
COMLANTAREA COGARD PORTSMOUTH VA
USCGC RICHARD DIXON
USCGC JOSEPH NAPIER
USCGC HERIBERTO HERNANDEZ
USCGC DONALD HORSLEY
USCGC JOSEPH TEZANOS
USCGC JOSEPH O DOYLE
USCGC REEF SHARK
COGARD AIRSTA BORINQUEN PR
COGARD STA SAN JUAN PR
USCBP FIELD OPERATIONS SAN JUAN PR
BT
UNCLAS FOUO//N12240//
SUBJ: LE SITREP ONE - WINSLOW GRIESSER (GRI) EMBARKED 04 DETAINEES AND
CONTRABAND FROM YOLA.
1. SITUATION:
1.A. CASE STATUS: OPEN
1.B. NARRATIVE: WINSLOW GRIESSER (GRI) EMBARKED 04 DETAINEES FROM YOLA.
1.C. WEATHER
    WIND: 040/8 KTS
    BARO: 29.89(/)
    AIR TEMP: 84F
    SEAS: 095T/ 1FT
    SWELLS: 095T/ 2FT
    VISIBILITY: 9 NM
2. ACTION TAKEN:
2.A. 242035Z: HELD BOAT MISSION BRIEF. GAR SCORE M/M.

2.B. 242136Z: SET THE SMALL BOAT LAUNCH DETAIL.
2.C. 242144Z: CG-26316 AWAY WITH BMC LAW (COXSWAIN) MK2 PATNAUDE
          (PMC/ENGINEER) MK1 PIMENTEL (CREW) GM2 MISKIMON (GUNNER).
2.D. 242204Z: ONSCENE WITH YOLA IN POSN: 15-42.8N 071-05.46W
2.E. 242206Z: CG-26316 GAINED POSTIVE CONTROL OVER SCENE.
2.F. 242207Z: 01 BALE OF CONTRABAND FOUND ON TOI.
2.G. 242210Z: BOARDING TEAM DISEMBARKED 04 PERSONNEL ONTO CG-26316 DUE
          TO OFFICER SAFETY.
2.H. 242227Z: FULL LE BOARDING APPROVED.
2.I. 242241Z: ASSA COMPLETE.
2.J. 242328Z: CG-26316 ALONGSIDE FOR EMBARKATION OF 04 PERSONNEL.
2.K. 242329Z: CG-26316 AWAY
2.L. 242329Z: 07 BALES OF CONTRABAND PULLED FROM OCEAN ONTO CGC
          GRIESSER.
2.M. 242329Z: 09 BALES OF CONTRABAND PULLED FROM OCEAN ONTO CG-26316.
2.N. 242329Z: 01 BALE OF CONTRABAND TRANSFERRED FROM TOI TO CG-26316.
2.O. 242343Z: SET THE SMALL BOAT RECOVERY DETAIL.
2.P. 242346Z: CG-26316 NOTCHED AND SECURED FOR SEA WITH 10 BALES ON
```



GOVERNMENT EXHIBIT

CASE NO. 22-CR-20013-ALTMAN
EXHIBIT NO. E

USCGC WINSLOW GRIESSER (WPC 1116)

```
              DECK. USCGC WINSLOW GRIESSER HAS 17 TOTAL BALES OF
              CONTRABAND ON DECK.
2.Q. 250110Z: SET THE SMALL BOAT LAUNCH DETAIL.
2.R. 250112Z: SMALL BOAT CG-26316 AWAY WITH BM1 LANGBORGH AS COXN AND
              MK2 PATNAUDE AS BOAT ENGINEER.
2.S. 250150Z: SET THE SMALL BOAT RECOVERY DETAIL.
2.T. 250152Z: CG-26316 NOTCHED AND SECURED FOR SEA.
2.U. 250356Z: CONDUCTED SINEX ON TOI.
2.V. 250414Z: SINKEX COMPLETE.
3. TOTAL DETAINEES EMBARKED:
3.A. ADULT MALES: 04
3.B. ADULT FEMALES: 00
3.C. MALE CHILDREN: 00
3.D. FEMALE CHILDREN: 00
4. NAMES OF MIGRANTS TRANSFERRED:
4.A. NAME: JULIO CESAR RAMIREZ MOTA
     NATIONALITY: DR
     SEX: MALE
     DOB: 27 SEP 1991
4.B. NAME: HENNY MANUEL CASTRO RAMIREZ
     NATIONALITY: DR
     SEX: MALE
     DOB: 15 OCT 1981
4.C. NAME: ELIEZER MENAS ASPRILLA
     NATIONALITY: COL
     SEX: MALE
     DOB: 19 SEP 1995
4.C. NAME: DANNY ALEXANDER CARRERA BERNABE
     NATIONALITY: DR
     SEX: MALE
     DOB: 13 DEC 1974
7. CO COMMENTS:
8. FUTURE PLANS: AWAITING TRANSFER WITH FUTURE VESSEL.
9. POC: LT BENJAMIN S. WILLIAMSZ, BENJAMIN.S.WILLIAMSZ(AT)USCG.MIL
BT
#0001
NNNN

UNCLASSIFIED//FOR OFFICIAL USE ONLY
```